CAUSE NO. 34100

RANDY DALE BARNETT,
    Plaintiff, Pro se,

V.

Jerry Coyle, Coyle Law Firm,
    Defendant.

IN THE DISTRICT COURT

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/19/2015 1:42:12 PM
DEBBIE AUTREY
Clerk

62nd JUDICIAL DISTRICT

OF LAMAR COUNTY, TEXAS

## "NOTICE OF APPEAL"

NOW COMES, RANDY DALE BARNETT, Pro se, and files this his notice of appeal in the above cause number, in this civil action for legal injury suffered from legal malpractice of Jerry Coyle of Coyle law Firm, in the event, this Court grants defendants motion for summary judgment, at the hearing on defendats motion for summary judgment, Plaintiff, hereby notifies this Court of appeal.

## PRAYER

WHEREFORE, premises considered, Plaintiff Randy Dale Barnett, prays the Court take judicial notice of this notice of appeal of this cause.

March 4th, 2015.

RESPECTFULLY SUBMITTED,

X _Randy Barnett_

RANDY DALE BARNETT
TDCJ-ID#1648039
Telford Unit
3899 State Hwy 98
New Boston, Texas
        75570



FILED FOR RECORD
LAMAR COUNTY TEXAS
15 MAR 12 PM 4:10
SHAWNTEL GOLDEN
DISTRICT CLERK
BY_____
_____ DEPUTY

## AFFIDAVIT OF INDIGENCY

I,Randy Dale Barnett,hereby decalre indigency,in this cause, and for appeal purposes,Plaintiff has no:

1.Money.

2.No real property.

3.No vehicles.

4.No stocks,bonds or bank accounts.

5.Plaintiffs, owes several thousnad dallors in depts accrued by the legal injury suffered,and has no means in which to pay any court cost.

6.Plaintiff is absolutely indigent.

Signed this the 4Th day of March,2015.          x _Randy Barnett_____
                                                    RANDY DALE BARNETT,AFFIANT

## INMATE DECLARATION

I,Randy Dale Barnett,hereby declare under penalty of perjury that the above affidavit of indigency is true and correct,I am an inmate at the TDCJ-ID Unit Telford,located in New Boston,Bowie County,Texas.

Signed this the 4Th day of March,2015.          x _Randy Barnett_____
                                                    RANDY DALE BARNETT
                                                    TDCJ-ID#1643039
                                                    TELFORD UNIT
                                                    3899 State Hwy 98
                                                    New Boston,Texas
                                                                    75570

1 of 1.